```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                         Case No. 06-cr-85-03-PB

**Dedra Scott, et al.**


### O R D E R

The defendant has moved to continue the October 3, 2006 trial in the above case, citing the need for additional time for recently appointed counsel to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from October 3, 2006 to December 5, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The court will hold a final pretrial conference on November 21, 2006 at 3:30 p.m.

    SO ORDERED.

                                              /s/Paul Barbadoro  
                                              Paul Barbadoro  
                                              United States District Judge

September 28, 2006

cc:   Douglas Miller, Esq.  
      Terry Ollila, Esq.  
      Sven Wiberg, Esq.  
      United States Probation  
      United States Marshal