**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                                          Case No. 06-cr-85-PB

<u>**Richard Villar, et al.**</u>

**O R D E R**

Defendant Dedra Scott has moved to continue the December 5, 2006 trial in the above case, citing the need for additional time to review new discovery and engage in plea negotiations.  The government does not object to a continuance of the trial date.

In order to allow the parties additional time to complete discovery and negotiate a plea or properly prepare for trial, the court will continue the trial from December 5, 2006 to February 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

        The November 21, 2006 final pretrial conference is continued

until January 18, 2007 at 4:30 p.m.

        SO ORDERED.


                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

November 20, 2006

cc:  Douglas Miller, Esq.
     Terry Ollila, AUSA
     Sven Wiberg, Esq.
     United States Probation
     United States Marshal